IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00613-PAB-MBD

CARLOS BRITO,

    Plaintiff,

v.

AUSTIN BLUFFS, LLC,
WILD WINGS N' THINGS, LLC, and
ROBANDVICKIENTERPRISES, INC. d/b/a DOUG'S BREAKFAST LUNCH,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice [Docket No. 34], wherein plaintiff dismisses his claims against defendants Wild Wings n' Things, LLC and Robandvickienterprises, Inc, d/b/a Doug's Breakfast Lunch pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  *See* Docket No. 34 at 1.

    Rule 41(a)(1)(A)(i) states that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  While the language of Rule 41 does not contemplate the dismissal of some, but not all, defendants, the weight of authority suggests that a constrictive reading of Rule 41(a) is undesirable in light of the numerous procedural methods for dismissal of parties.  *See Van Leeuwen v. Bank of Am., N.A.*, 304 F.R.D. 691, 697 (D. Utah 2015) (applying "the majority rule" to dismiss one of several defendants from a case); *see also* 9 Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure § 2362 (4th ed.) ("The power to drop some plaintiffs or defendants from the suit plainly exists, either explicitly in the Federal Rules or in the district court's inherent power.  Nevertheless, it seems undesirable and unnecessary to invoke inherent power to avoid an artificial limit on Rule 41(a) that results from a highly literal reading of one word in that Rule.").

    Moreover, the general rule is that stipulated dismissals are "without prejudice."  *See* Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").  Here, however, plaintiff has dismissed his claims against Wild Wings n' Things, LLC and Robandvickienterprises, Inc, d/b/a Doug's Breakfast Lunch with prejudice.  Docket No. 34 at 1.

Accordingly, plaintiff's claims against those defendants were dismissed as of the filing of the notice.  No order of dismissal is necessary.

DATED July 14, 2022.